UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

                  Plaintiff,                  Case No.  1:18-cr-00268


v.                                     HON. JANET T. NEFF

Amanda Sheridan,

                  Defendant.

_____/


## **REPORT AND RECOMMENDATION**

      Pursuant to W.D. Mich. L.Cr.R. 11.1, I conducted a plea hearing in the captioned case on May 7, 2019, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Amanda Sheridan entered a plea of guilty to the Indictment, charging defendant with acquiring a controlled substance by fraud, deception or subterfuge in violation of 21:843(a)93), 21:843(d(1).  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

      I therefore recommend that defendant's plea of guilty to the Indictment be accepted, that the court adjudicate defendant guilty.  It is further recommended that the

order setting conditions of defendant's release remain in effect pending sentencing.

Acceptance of the plea, adjudication of guilt, determination of defendant's status

pending sentencing, and imposition of sentence are specifically reserved for the district

judge.

Date: May 7, 2019                           /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).